IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SURGICAL SYNERGIES, INC., a Missouri corporation, ) ) ) | | |
| Plaintiff, ) ) | | 8:04CV531 |
| v. ) ) | | |
| RICHARD COMPEL, M.D., ROBERT COLLIGEN, D.P.M., THOMAS CONNOLLY, M.D., GARY FLOWERS, M.D., RODRIGO COMEZ, M.D., CLARK HEHNER, M.D., WESLEY KINNEY, M.D., MICHAEL MAIER, D.P.M., PRADIP MISTRY, M.D., NATVARLAL PATEL, M.D., STEPHEN SMITH, M.D., and KEITH VRBICKY, M.D., ) ) ) ) ) ) ) ) ) ) | | ORDER |
| Defendants. ) ) | | |

This matter is before the Court on the joint motion for dismissal with prejudice (Filing No. 71). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) This action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

2) The surety bond posted by plaintiff (Filing No. 31) in connection with the preliminary injunction entered by the Court on November 15, 2004, is released.

DATED this 29th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court